```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                          SOUTHERN DIVISION
                              - - -
JODI C. HOHMAN, et al.,

          Plaintiffs,
                                      Case No. 16-11429
   vs.
                                      Hon. Matthew F. Leitman

UNITED STATES OF AMERICA,
et al.,

          Defendants.
_____/

               TELEPHONE CONFERENCE

       BEFORE THE HONORABLE MATTHEW F. LEITMAN
               United States District Judge
       Theodore Levin United States Courthouse
               231 West Lafayette Boulevard
                      Detroit, Michigan
               Wednesday, January 18, 2017

APPEARANCES:

 For the Plaintiff:    Stuart M. Schwartz
                       Cynthia M. Filipovich
                       CLARK HILL
                       500 Woodward, Suite 3500
                       Detroit, MI 48226
                       (313) 965-8335

                       Brent J. Leder
                       LAW OFFICES OF BRENT J. LEDER, PC
                       5116 Cohoctah
                       Waterford, MI 48322
                       (248) 763-1423

 For the Defendant:    Edward J. Murphy
                       U.S. DEPARTMENT OF JUSTICE
                       Box 55, Ben Franklin Station
                       Washington, DC 20044
                       (202) 307-6064
```

*To obtain a copy of this official transcript, contact:*
*Robert L. Smith, Official Court Reporter*
*(313) 964-3303 • rob_smith@mied.uscourts.gov*

## TABLE OF CONTENTS

Page

Telephone Conference.................................

```
 1   Detroit, Michigan
 2   Wednesday, January 18, 2017
 3   at about 1:32 p.m.
 4                          -  -  -
 5          (Court and Counsel present.)
 6          THE CASE MANAGER:  Counsel, the Court calls
 7   Case No. 16-11429, Jodi C. Hohman, et al., vs. United States
 8   of America Department of Treasury, Internal Revenue Service.
 9          Counsel, please state your appearances for the
10   record.
11          MR. SCHWARTZ:  Stuart Schwartz and
12   Cynthia Filipovich appearing on behalf of the plaintiffs.  We
13   are in the same location on the same line.
14          MR. LEDER:  Brent Leder on behalf of the plaintiffs
15   as well.
16          MR. MURPHY:  Edward Murphy for the defendants.
17          THE COURT:  Good afternoon.  Thank you to everybody
18   for joining me, I appreciate your time today.
19          I am doing this call on the record so I would ask a
20   couple of things.  First of all, on behalf of the plaintiff
21   can we designate one person to be the spokesperson on the
22   call?
23          MR. SCHWARTZ:  Yes, Your Honor, that will be
24   Steward Schwartz speaking now.
25          THE COURT:  All right.  Thank you.  And then I
```

1   would ask each of you, Mr. Schwartz and Mr. Murphy, please
2   speak slowly and please identify yourselves each time you
3   speak so that we can create a record that is easy to follow
4   and so that we make the court reporter's life easier.
5   　　　　　I wanted to convene this call today to discuss the
6   motion that the government has filed as of last night, the
7   motion to dismiss for lack of subject matter jurisdiction,
8   and I have reviewed Mr. Schwartz's letter dated January 11th,
9   2017 in which he objects to the manner in which the
10  government is proceeding and suggests that the government
11  should be held to its agreement or my earlier order providing
12  that what would be filed is an answer, that term is defined
13  under the Federal Rules, rather than a motion to dismiss.
14  　　　　　And my view of this matter is I am certainly not
15  thrilled to be getting a motion to dismiss for lack of
16  subject matter jurisdiction at this point, it is not what we
17  talked about, it is not what I anticipated, it is not what I
18  understood Mr. Murphy and the government would be focusing
19  on.
20  　　　　　Nonetheless, it seems to me that the most efficient
21  way to handle this is to take up the jurisdictional point
22  here because if Mr. Murphy is correct this case shouldn't be
23  moving forward.  And while I have the discretion to be
24  permitting discovery and letting the case go forward, my
25  inclination is not to do that but to instead quickly get to

1  the heart of this issue and see if there is a basis to permit
2  this case to proceed.
3          But, Mr. Schwartz, I will give you an opportunity
4  to respond.  In responding I don't want you to think that I
5  don't share your frustration or that I don't appreciate your
6  frustration or that I don't understand your frustration, I
7  get it, and I certainly understand your desire to move
8  forward and your complaints about the way the government has
9  gone about this.  So you don't need to convince me of that,
10 but I will give you an opportunity to address this, so go
11 ahead.
12         MR. SCHWARTZ:  Thank you, Your Honor.  And for the
13 record, this is Stuart Schwartz speaking for the plaintiffs.
14         I certainly -- you know, we got the motion late
15 last night, we did have an opportunity to briefly go through
16 it.  It didn't come as a -- as Your Honor probably knows from
17 some of the correspondence leading up to it, it didn't come
18 as a complete surprise to us.  I would note, however, that
19 while I understand now is not the time to argue the motion
20 that this is the same issue that was raised in the prior
21 motion, albeit in a footnote, and that footnote seems to have
22 now expanded into upwards of 19 pages.
23         Be that as it may, Your Honor, the core of this
24 motion was a request from the government to plaintiffs for
25 what I believe to be discovery outside of the pleadings and

1  Mr. Murphy has characterized my response to that as a refusal
2  to provide information.  That is not our position.  Our
3  position is that this is a discovery matter and that it
4  should be discussed in the context of a Rule 26(f)
5  conference, a mutual 26(f) conference.  So if there is
6  information or a particular request that the government is
7  seeking of us, that we would respond to those in due course
8  as provided for under our rules, and we would expect the same
9  ability to do that of the government.
10           I do not see -- understanding Your Honor's
11 preliminary comment, I do not see a reason not to convene
12 that conference or at least allow some limited non-party
13 discovery at this point, namely summonses that would be
14 directed to the banks.  Your Honor will probably -- you'll
15 see when you get into the motion, we are still talking about
16 the same issue based on a case from 1999 out of the Southern
17 District of New York.  So there is no binding precedent
18 regarding this issue, this would be an issue of first
19 impression, as the government has framed it -- national first
20 impression as the government has framed it.
21           We have been over this ground, and we believe
22 that -- really that this is designed to -- doing this in two
23 steps, it was designed to delay the 26(f) conference and
24 discovery.  We have a number of questions, Your Honor, and
25 some of those -- the answers to those questions are going to

*1*   be found in records provided by banks pursuant to subpoenas.

*2*   I am not even sure I can answer the government's questions --

*3*   general questions of me without pursuing that discovery.

*4*   They may be even in a better position than me to answer some

*5*   of the questions that were asked, but, nonetheless, these are

*6*   discovery issues, they really are.

*7*         And I understand the Court's inclination to deal

*8*   with the motion in normal course and we can respond in the

*9*   normal course, but there are discovery issues that bear on --

*10*   bear on the motion, and I would ask Your Honor to reconsider

*11*   your initial inclination to hold off on any sort of formal

*12*   discovery until you dispose of the pending motion, but I

*13*   don't see any reason to do that --

*14*         THE COURT:  Mr. Schwartz, Mr. Schwartz --

*15*         MR. SCHWARTZ:  -- especially in light of the fact

*16*   that the government had to ask of discovery from us, which is

*17*   ironic.

*18*         I would also just very briefly make the point, Your

*19*   Honor, one of the government's objections to convening this

*20*   Rule 26(f) conference is that discovery in their view is

*21*   going to be burdensome.  Well, Your Honor may recall that

*22*   Mr. Murphy made some pretty explicit representations to the

*23*   Court regarding these summons, that there were only two --

*24*   and I'm paraphrasing, but basically only two of these

*25*   summonses and this was an isolated incident.  So presumably

*1* they have already done some modicum of review that would put
*2* them in a position to make those representations to the
*3* Court, and if that is the case then I'm not sure how
*4* burdensome party discovery would be on them.
*5*       Moreover, I don't see how non-party discovery would
*6* occasion any burden on the government.  So I -- and I
*7* apologize for speaking over Your Honor briefly there, but
*8* that is our position that we should move forward at least in
*9* some limited fashion with discovery at this point.
*10*       THE COURT:  Mr. Schwartz, let me ask the question
*11* that Mr. Murphy asked.  With respect to the account that in
*12* the amended complaint is identified as belonging to, quote,
*13* the Miller plaintiffs, is that account in the name of
*14* Terry Miller individually and an L.L.C. or is it solely in
*15* the name of the L.L.C.?
*16*       MR. SCHWARTZ:  I don't know the answer to that
*17* question right now.  I would have -- I would be prepared to
*18* get an answer to that, like I said, in the context of a 26(f)
*19* conference, but nevertheless, I think it is even more nuanced
*20* than that with respect to the Miller plaintiff and She Got
*21* Busted By Me, which is not -- as I understand it has not made
*22* any annual filings with the state for at least some of the
*23* relevant time period.
*24*       So there are some nuanced issues here, obviously we
*25* will be addressing those in the context of the motion, but,

```
 1  again, even accepting everything that the government says as
 2  true in their motion, they are still relying on one case that
 3  has no precedential value from nearly 18 years ago --
 4              THE COURT:  Look, Mr. Schwartz, there is a simple
 5  answer here and there is a hard answer.  The simple answer is
 6  if you can plead in good faith that the account in question
 7  or one of the accounts was in the name of Terry Miller,
 8  individually, you will, it seems to me, unless I'm missing
 9  something, moot this motion and you can have at it in
10  discovery.  So, I mean, if you can't make that allegation,
11  then even though he is relying, as you say, on a single case
12  on point, he's certainly supported the argument with cases
13  that are similar and relevant and he's raised an argument
14  that without an allegation of -- that it belongs to
15  Terry Miller personally, his argument is one that I think
16  does need to be addressed so I can determine if I have
17  jurisdiction.
18              So are you in a position now where you can allege
19  that that account was either in the name of Terry Miller,
20  individually, or at least that Terry Miller's name was on it?
21              MR. SCHWARTZ:  I will have to double check that,
22  Your Honor, as far as -- although, respectfully, it is -- and
23  I can address that specific issue, but there are other
24  related issues because we don't know that accounts -- the
25  actual records that were produced in response to the summons,
```

*1* that the government in its latest motion has acknowledged
*2* having received and, unbelievably to me, stated that they
*3* destroyed.  So the only way that I can recreate -- hope --
*4* potentially recreate at this point based on the government's
*5* revelation that they destroyed these records is by going to
*6* Chase Bank and asking for the records that were obtained by
*7* the government in response to the summons.
*8*             THE COURT:  I'm having trouble following that
*9* argument.  Isn't the -- the government served a summons for a
*10* particularly identified account; is that correct?
*11*             MR. SCHWARTZ:  I believe so.
*12*             THE COURT:  All right.
*13*             MR. SCHWARTZ:  However, what was produced in
*14* response and what the government actually obtained may be
*15* different than the account that was -- than the specific
*16* account number that was referenced.  I mean, banks do have
*17* occasion to provide different information than specifically
*18* provided in the identifier and we are also talking about I
*19* believe upwards of eight years of bank records.
*20*             THE COURT:  All right.  Well, it is not clear to me
*21* that if the bank produced the wrong records, records not
*22* sought by the government, that that would subject them to
*23* liability, but here is what I would ask you to do.  It seems
*24* to me it is a fairly straightforward inquiry, one that
*25* doesn't require discovery tools to ask your own clients

```
 1   whether Terry Miller individually was on that account, and if
 2   Terry Miller doesn't recall, then to have your clients go to
 3   their own bank and ask whether Terry Miller is on the
 4   account.
 5           If Terry Miller is on the account, I will permit
 6   you to file an amended complaint that specifically alleges
 7   that, that will get us past the bulk of Mr. Murphy's motion,
 8   certainly the part that contests my subject matter
 9   jurisdiction, and then we can dive into discovery.
10           If you cannot make that specific allegation, then
11   what I want to do is take up the motion, figure out if I have
12   subject matter jurisdiction, and if I do then we will -- then
13   I will allow discovery.  If I don't, I will, of course,
14   dismiss the case.
15           How long do you need to figure out whether you can
16   make that allegation or not?
17           MR. SCHWARTZ:  Actually, Brent, are you on the
18   phone?  Can you hear, Brent?
19           MR. LEDER:  Yes.
20           MR. SCHWARTZ:  Your Honor, I would need a little
21   bit of input from Mr. Leder on that.
22           MR. LEDER:  I would say safely -- I'm on the eighth
23   floor, I apologize.  I am -- about two weeks.
24           THE COURT:  Two weeks?  Okay.  By not later than
25   February 1st will you, Mr. Schwartz, let Ms. Monda know
```

*1* whether you will be filing an amended complaint with this
*2* allegation in it or whether you will be responding to the
*3* motion, those are the two options that I'm allowing now?

*4* If you need to respond to the motion I will give
*5* you another three weeks from February 1st, so you don't have
*6* to be doing two things at once until February 22nd, and if
*7* you end up needing more time after that that would be fine
*8* with me as well, just let us know.

*9* Also, if the course of action here is going to be
*10* not to file a complaint that adds the allegation of
*11* individual ownership -- individual ownership by Terry Miller,
*12* I would ask that you file on the docket a clean copy of the
*13* amended complaint that was attached as a red line to one of
*14* your earlier filings so that we have a clean copy on the
*15* docket that we can all refer to.

*16* In the clean copy please omit the claims that I
*17* dismissed, and you can -- or you can include them and somehow
*18* indicate on them dismissed by prior order of the Court so you
*19* are not waiving your right to assert them, but if you don't
*20* file a new complaint with the individual ownership allegation
*21* what I want is a copy in the record on the docket of what is
*22* the currently operative complaint.  So we will look to hear
*23* from you within two weeks.

*24* Mr. Murphy, I want to just direct a couple comments
*25* here.  I have taken a course of action that I -- that I

1   believe is consistent with what the government wants me to
2   do, but I want to emphasis what I indicated to Mr. Schwartz,
3   I don't think the government handled this in the way that I
4   would have hoped.  I think that this issue should have been
5   presented a long time ago, not in a footnote to a motion to
6   dismiss.  6th Circuit law is clear, you can't present
7   arguments or claims in a footnote.  The government should
8   know that to practice in this Court.  There has been foot
9   dragging, and if I have subject matter jurisdiction in this
10  case I am going to hold the government to prompt discovery
11  and I'm going to let the plaintiffs take a hard look at this
12  conduct.
13          So I don't want you to confuse my view of what I
14  have to do in order to confirm that I have subject matter
15  jurisdiction with any opinion on my part that I think this
16  has been handled appropriately.  Thank you.  That's all I
17  have.  Good-bye.
18          (Proceedings concluded at 1:50 p.m.)

*CERTIFICATION*

I, Robert L. Smith, Official Court Reporter of the United States District Court, Eastern District of Michigan, appointed pursuant to the provisions of Title 28, United States Code, Section 753, do hereby certify that the foregoing pages comprise a full, true and correct transcript taken in the matter of Hohman, et al., vs. USA, et al., Case No. 16-11429, on Wednesday, January 18, 2017.

*s/Robert L. Smith*
Robert L. Smith, RPR, CSR 5098
Federal Official Court Reporter
United States District Court
Eastern District of Michigan

Date: 01/24/2017

Detroit, Michigan