UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JODI C. HOHMAN et al.,

    Plaintiffs,                         Case No. 16-cv-11429
                                     Hon. Matthew F. Leitman

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Court's Order Granting in Part and Denying in Part Defendants' Motion to Dismiss dated November 7, 2016, and the Court's Opinion and Order Granting Defendant's Second Motion to Dismiss for Lack of Subject Matter Jurisdiction, dated July 11, 2017,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiffs.

                                    DAVID J. WEAVER
                                    CLERK OF COURT

                           By:    s/Holly A. Monda_____
                                      Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  July 11, 2017
Detroit, Michigan